Order issued September *19*, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-00534-CV

---

**STEWART TITLE GUARANTY COMPANY, Appellant**

**V.**

**JOHN MIMS, ET AL., Appellees**

---

# ORDER

---

We **GRANT** appellees' agreed motion for leave to file a sur-reply brief. We **ORDER** the sur-reply brief attached as Exhibit A to its motion filed as of the date of this order.


_____
CAROLYN WRIGHT
CHIEF JUSTICE